UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____
                                   )
DONOVANN HALL,                     )
                                   )
        Plaintiff,                 )
                                   )
    v.                             )   C.A. No. 17-228 S
                                   )
CORRECTIONAL OFFICER ANDY          )
GREGOIRE,                          )
                                   )
        Defendant.                 )
_____)

**ORDER**

WILLIAM E. SMITH, Chief Judge.

　　Magistrate Judge Lincoln D. Almond filed a Report and Recommendation ("R&R") on June 1, 2017 (ECF No. 4) recommending that the Court dismiss Plaintiff's Complaint for failure to state a claim upon which relief may be granted, deny Plaintiff's application to proceed in forma pauperis (ECF No. 2), and deny Plaintiff's Motion for Appointment of Counsel (ECF No. 3). Neither party has filed an objection to the R&R. After carefully reviewing the Complaint, Plaintiff's motions, and the R&R, this Court ACCEPTS the R&R in its entirety and adopts the reasoning set forth therein.

　　Plaintiff's Complaint is hereby dismissed with prejudice, and his application to proceed in forma pauperis and Motion for

Appointment of Counsel are DENIED AS MOOT.

IT IS SO ORDERED.

/s/ William E. Smith
William E. Smith
Chief Judge
Date:  August 1, 2017